**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | No. 3:06-CR-111 |
| | ) | (Phillips) |
| v. | ) | |
| | ) | No. 3:06-CR-112 |
| **JACK BURCHETT** | ) | (Varlan) |

### ORDER

This matter is before the court on the government's motion to reassign Criminal Action No. 3:06-CR-112. For the good cause stated, the government's motion [Doc. 12] is **GRANTED.**

Accordingly, **IT IS ORDERED** that Criminal Action No. 3:06-CR-112 be assigned to the undersigned, and to United States Magistrate Judge H. Bruce Guyton, for all further proceedings.

**ENTER:**

                          s/ Thomas W. Phillips
                       United States District Judge