# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:06-CR-111 (Phillips) |
| v. ) | |
| ) | No. 3:06-CR-112 (Varlan) |
| JACK BURCHETT, ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER AMENDING INDICTMENT

On August 15, 2006, Jack Burchett was indicted in Case No. 3:06-CR-111 and charged with being a felon in possession of firearms and ammunition in violation of 18 U.S.C. § 922(g)(1). On August 22, 2006, the grand jury returned a second Indictment in Case No. 3:06-CR-112, charging the Defendant with retaliating against a federal grand jury witness causing bodily injury and citing a violation of 18 U.S.C. § 1512(b)(1) and (c). The Indictment in Case No. 3:06-CR-112, according to the agreement of the parties, should have cited 18 U.S.C. § 1513(b)(1) and (c), and not 18 U.S.C. § 1512(b)(1) and (c), as the code violation. The particulars and elements contained in the narrative portion of the Indictment in Case No. 3:06-CR-112 are accurate and need no modification. It is only the code section that is in error.

Accordingly, upon agreement of the parties and for good cause shown, it is hereby **ORDERED** that the Indictment in Case No. 3:06-cr-112 be amended by striking the code citation "[Title 18, United States Code, Section 1512(b)(1) and (c)]" and replacing it with "[Title 18, United States Code, Section 1513(b)(1) and (c)]."

ENTER:

*Thomas W. Phillips*
~~THOMAS A. VARLAN~~
UNITED STATES DISTRICT JUDGE

Approved by:

JAMES R. DEDRICK
United States Attorney

By: _____
Tracy L. Stone
Assistant United States Attorney

_____
Kim A. Tollison
Attorney for Jack Burchett